**FILED**
CLERK, U.S. DISTRICT COURT

03/18/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_AP\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 5:24-cr-00074-JGB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. §§ 1111, 7(3): First Degree Murder; 18 U.S.C. §§ 1111, 7(3): Second Degree Murder] |
| MILTON HUFF and SAMUEL MERTZ, | |
| Defendants. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 1111, 7(3)]

On or about November 13, 2013, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, namely, the United States Penitentiary at Victorville, California, defendant MILTON HUFF, willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully killed victim D.S., a human being.

COUNT TWO

[18 U.S.C. §§ 1111, 7(3)]

On or about November 13, 2013, in San Bernardino County, within the Central District of California, and within the special maritime and territorial jurisdiction of the United States, namely, the United States Penitentiary at Victorville, California, defendant SAMUEL MERTZ, deliberately, intentionally, and recklessly with extreme disregard for human life, and with malice aforethought, unlawfully killed victim D.S., a human being.

E. MARTIN ESTRADA
United States Attorney

*/s/ Mack E. Jenkins*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

BILLY JOE MCLAIN
Assistant United States Attorney
Public Corruption and Civil
Rights Section

BRANDON MARTINEZ-JONES
Assistant United States Attorney
General Crimes Section